PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>SILVERIO OCAMPO-HIDALGO,<br><br>                 Defendant. | CASE NO. 1:21-CR-229-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 3, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 3, 2021.

2. By this stipulation, defendant now moves to continue the status conference until December 29, 2021, at 1:00 pm before the Magistrate Judge Sheila K. Oberto and to exclude time between November 3, 2021, and December 29, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) All this discovery in this matter has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review discovery, discuss this case with her client, and explore possible resolutions of this matter with her client and the

1  government.

2      c)    Counsel for defendant believes that failure to grant the above-requested
3  continuance would deny him/her the reasonable time necessary for effective preparation, taking
4  into account the exercise of due diligence.

5      d)    The government does not object to the continuance.

6      e)    Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interest of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 et seq., within which trial must commence, the time period of November 3, 2021 to December
11 29, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
12 Code T4] because it results from a continuance granted by the Court at defendant's request on
13 the basis of the Court's finding that the ends of justice served by taking such action outweigh the
14 best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 1, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ VINCENTE A. TENNERELLI<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| Dated:  November 1, 2021 | /s/ MARA AREVALO-DIAZ<br>MARA AREVALO-DIAZ<br>Counsel for Defendant<br>SILVERIO OCAMPO-HIDALGO |

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation, the Court continues the status conference until December 29, 2021, at 1:00 pm before the Magistrate Judge Sheila K. Oberto and excludes time between November 3, 2021, and December 29, 2021, under Local Code T4 because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 1, 2021**                          /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE